157 A.3d 477

**IN RE: ESTATE OF SCHUMACHER, Sr., R.**

**Marianne Kreisher, Respondent**

**v.**

**Kathleen and Ralph Schumacher, Petitioners**

**No. 308 MAL 2016**

Supreme Court of Pennsylvania.

September 13, 2016

## ORDER

PER CURIAM

**AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.